UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

RAVEN MARLYNE HUDSON,

               Defendant.

CASE NO. MJ22-470

**DETENTION ORDER**

      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

      Defendant is charged with a drug trafficking offense, possessing a firearm in furtherance of drug trafficking and unlawful possession of a firearm. If convicted as charged, she faces a mandatory minimum prison sentence of 15 years. Defendant's criminal history goes back 20 years. She has been convicted of misdemeanor assaults, drug offenses, obstructing, second degree murder and unlawful possession of a firearm. Eight warrants for her arrest have been issued and at the time of her arrest in this case, there was a pending arrest warrant issued because Defendant had absconded state supervision. Defendant was released from state prison early this year and the current allegations occurred while she was on supervision. When police tried to

DETENTION ORDER - 1

arrest defendant, she rammed the police cars and attempted to flee. Defendant has significant substance use problems and mental health issues.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 5th day of October, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2